UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALLISON SURASKY,<br><br>        Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC<br>and JANE DOE<br>        Defendants. | Civil Action No. 09-11983-WGY |

**VOLUNTARY DISMISSAL**

The plaintiff, Allison Surasky, by and through counsel, gives notice, pursuant to Fed. R. Civ. P. 41(a)(1), of the dismissal of this action with prejudice and without costs,

Respectfully submitted, this 8th day of March, 2010.

                                    ALLISON SURASKY,

                                    by her attorney,

                                    */s/ Nicholas F. Ortiz*

                                    Nicholas F. Ortiz, BBO# 655135
                                    Law Office of Nicholas F. Ortiz, P.C.
                                    306 Dartmouth Street
                                    Suite 501
                                    Boston, MA 02116
                                    (617) 716-0282